UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| JOHN WESLEY EKENSEAIR AND | ) | CASE NO. 07-07215-FJO-13 |
| JERRI ANN EKENSEAIR | ) | |
| | ) | |
| Debtors | ) | |

MOTION FOR RELIEF
FROM STAY AND TO ABANDON REAL ESTATE

Comes now CitiMortgage, Inc., (hereinafter referred to as "CitiMortgage"), by counsel, and for its Motion for Relief From Stay and to Abandon Real Estate would show the Court as follows:

1.   On July 31, 2007, the above-named Debtors filed their petition pursuant to Chapter 13 of the Bankruptcy Code.

2.   CitiMortgage is the holder of a secured claim with an outstanding principal balance of $116,674.26. Said claim is secured by the real property located at 6181 East Runnymeade Court, Camby, IN 46113, and more particularly described in the mortgage, a copy of which is attached hereto and incorporated herein as Exhibit "A".

3.   The above-described mortgage was given to secure a promissory note dated April 14, 2003, made payable to Indy Mortgage, Inc. in the original principal sum of $130,500.00. A copy of the above-described note is attached hereto and incorporated herein as Exhibit "B".

4.   Said mortgage and note were later assigned to CitiMortgage.

5.   The interest of CitiMortgage has not been adequately protected by Debtors' Chapter 13 Plan which proposes payments of arrearages within the Plan and post-petition mortgage payments to be made by the Trustee inside the plan.

6. The outstanding principal balance at the time of this filing is $116,674.26.

7. The mortgage loan is due for the July 1, 2008 through April 1, 2009 payments at the monthly mortgage amount of $1,054.59 each, for an arrearage in the sum of $10,545.90, together with attorney fees and costs. The failure to make such payments allows no protection of the interests of CitiMortgage within the meaning of Section 362 of the Bankruptcy Code.

8. The failure to make payments and the lack of equity in the subject real estate is cause for the Court to grant relief from the stay to CitiMortgage within the meaning of Section 362 of the Bankruptcy Code.

9. CitiMortgage moves the court order the Trustee's abandonment of the subject real estate.

WHEREFORE, CitiMortgage prays that the Court terminate the automatic stay of Section 362 of the Bankruptcy Code, authorize CitiMortgage to foreclose its mortgage on the above-described property, order the abandonment of the subject real estate and for all other relief as is just.

CITIMORTGAGE, INC.

By /S/ RANDY C. EYSTER
RANDY C. EYSTER, Attorney No. 22643-49

FEIWELL & HANNOY, P.C.
P.O. Box 44141
251 N. Illinois St., Suite 1700
Indianapolis, IN  46204
(317)237-2727

CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing has been duly electronically noticed or mailed via United States mail, first class, on May 5, 2009, to the following:

MATTHEW D. BORUTA
Attorney at Law
543 East Market Street
Suite 1
Indianapolis, IN 46204

ANN M. DELANEY
Trustee
P.O. Box 441285
Indianapolis, IN 46244

NANCY GARGULA
U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204

By /S/ RANDY C. EYSTER
RANDY C. EYSTER

**NOTICE**

**FEIWELL & HANNOY, P.C. IS A DEBT COLLECTOR**