**SO ORDERED: June 17, 2009.**

_____
**Frank J. Otte
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| JOHN WESLEY EKENSEAIR AND | ) | CASE NO. 07-07215-FJO-13 |
| JERRI ANN EKENSEAIR | ) | |
| | ) | |
| Debtors | ) | |

ORDER GRANTING MOTION FOR RELIEF FROM STAY
AND TO ABANDON REAL ESTATE

The Motion for Relief From Stay and to Abandon Real Estate of CitiMortgage, Inc., (hereinafter referred to as "CitiMortgage"), having come before the Court.

And the Court, having examined said Motion and being duly advised in the premises, and having found that the Debtors herein have failed to make payments pursuant to a proposed Chapter 13 Plan, being in material default and failing to adequately protect movant's interest, and having found that said failure to make payments constitutes sufficient cause for relief from stay, it is therefore,

ORDERED: That the Motion for Relief From Stay and to Abandon Real Estate filed by CitiMortgage be, and hereby is, granted; it is further,

ORDERED: That the Court hereby orders the abandonment of the subject real estate located in Morgan County, Indiana:

LOT NUMBER TWO HUNDRED FOURTEEN (214) IN THE MISSION AT HEARTLAND
CROSSING, SECTION THREE, AS RECORDED SEPTEMBER 7, 1999 AS INSTRUMENT NUMBER

9914459 IN DEED BOOK 425, PAGE 575 IN THE OFFICE OF THE RECORDER OF MORGAN COUNTY, INDIANA.

More commonly known as 6181 East Runnymeade Court, Camby, IN 46113, it is further,

ORDERED:  That the automatic stay as it relates to the property commonly known as 6181 East Runnymeade Court, Camby, IN 46113 is vacated.

###

RANDY C. EYSTER
FEIWELL & HANNOY, P.C.
P.O. Box 44141
251 N. Illinois St., Suite 1700
Indianapolis, IN  46204
(317)237-2727

DISTRIBUTION:

MATTHEW D. BORUTA
Attorney at Law
543 East Market Street
Suite 1
Indianapolis, IN 46204

ANN M. DELANEY
Trustee
P.O. Box 441285
Indianapolis, IN 46244

NANCY GARGULA
U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204